| DOCUMENTS UNDER SEAL | | | | DOCUMENT NUMBER: | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK | | | REPORTER/FTR | | |
| MAGISTRATE JUDGE | | DATE | | | NEW CASE | CASE NUMBER | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT | | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | | PD.   RET. APPT. |
| U.S. ATTORNEY | | INTERPRETER | | | FIN. AFFT SUBMITTED | | COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR APPT'D COUNSEL | | PARTIAL PAYMENT OF CJA FEES |
| **PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD _TYPE NH IN TIME FIELD)** | | | | | | | |
| INITIAL APPEAR  time | | PRELIM HRG  time | MOTION  time | | JUGM'T & SENTG  time | | STATUS  time |
| I.D. COUNSEL  time | | ARRAIGNMENT  time | BOND SIGNING  time | | IA REV PROB. or S/R  time | | BAIL REVIEW  time |
| DETENTION HRG  time | | ID/REMOVAL HRG  time | CHANGE PLEA  time | | PROB. REVOC.  time | | SUP REL HRG  time |
| **INITIAL APPEARANCE** | | | | | | | |
| ADVISED OF RIGHTS | | ADVISED OF CHARGES | NAME AS CHARGED IS TRUE NAME | | TRUE NAME: | | |
| **ARRAIGNMENT** | | | | | | | |
| ARRAIGNED ON INFORMATION | | ARRAIGNED ON INDICTMENT | READING WAIVED SUBSTANCE | | WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| RELEASED ON O/R | | ISSUED APPEARANCE BOND | AMT OF SECURITY $ | | SPECIAL NOTES | | PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED   CASH   $ | | | CORPORATE SECURITY | | REAL PROPERTY: | | |
| MOTION FOR DETENTION | PRETRIAL SERVICES REPORT | | DETAINED | RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | | REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| CONSENT ENTERED | | NOT GUILTY | GUILTY | | GUILTY TO COUNTS: | | |
| PRESENTENCE REPORT ORDERED | | CHANGE OF PLEA | PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: | | I.D. COUNSEL | BOND SIGNING | | STATUS RE: CONSENT | | STATUS/TRIALSET |
| AT: | | SUBMIT FINAN. AFFIDAVIT | PRELIMINARY HEARING OR | | CHANGE OF PLEA | | BAIL REVIEW |
| BEFORE HON. | | DETENTION HEARING | ARRAIGN-MENT | | MOTIONS | | JUDGMENT & SENTENCING |
| TIME WAIVED | | TIME EXCLUDABLE UNDER 18 § USC 3161 | IDENTITY/ REMOVAL | | PRETRIAL CONFERENCE | | PROBATION REV. HEARING |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |