No. **CR 07 00340** RMW RS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*Filed MAY 3 0 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*

## THE UNITED STATES OF AMERICA
### vs.
### DANIEL VICTORIA-BENTANCOURT

## INDICTMENT

**COUNT ONE:**  Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

*A true bill.*

_____
Foreperson

Filed in open court this 30 day of May

A.D. 2007

_____
United States Magistrate Judge

Bail. $ no process

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

Filed

MAY 3 0 2007

E-FILING

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,         )   CR 07 00340 RMW
                                  )
        Plaintiff,                )
                                  )   VIOLATION: 8 U.S.C. § 1326 –
    v.                            )   Illegal Re-Entry Following Deportation
                                  )
DANIEL VICTORIA-BENTANCOURT,      )
                                  )
        Defendant.                )   SAN JOSE VENUE
                                  )

INDICTMENT

The Grand Jury charges:

On or about February 28, 2007, the defendant

DANIEL VICTORIA-BENTANCOURT,

an alien, previously having been arrested and deported from the United States on or about June 3, 1999, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into

//

//

INDICTMENT

1 | the United States, in violation of Title 8, United States Code, Section 1326.

3 | DATED:                                                A TRUE BILL.

4 | 30-May-2007

                                                          _____
                                                          FOREPERSON

SCOTT N. SCHOOLS
United States Attorney


_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office


(Approved as to form: _____)
                      SAUSA, BENJAMIN KENNEDY

INDICTMENT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

MAY 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

### OFFENSE CHARGED

Title 8, U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

### DEFENDANT - U.S.

▶ DANIEL VICTORIA-BENTANCOURT

**DISTRICT COURT NUMBER**

CR 07 00340 RMW

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

and Office of Person
Information on
RPM
SCOTT N. SCHOOLS

or Asst. U.S. Att'y
(if assigned)   BENJAMIN KENNEDY

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not  Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: