***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** June 11, 2007            **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00340-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- DANIEL VICTORIA-BETANCOURT
    **APPEARANCES:**                          (P)(C)

**PLTF:** AUSA: B. Kennedy            **DEFT:** N. Humy

**COURT ACTION:** STATUS HEARING

**Hearing Held. The government has submitted a proposed plea agreement to the defense. The government advised the Court that they need additional time to investigate the case and review the plea agreement. The Court continued this matter to July 9, 2007 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 7/9/07. Government to prepare exclusion order.**

                            */s/ Jackie Garcia*
                              **JACKIE GARCIA**
                             **Courtroom Deputy**