1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  BENJAMIN T. KENNEDY (CASBN 241350)
   Assistant United States Attorney
5
       150 Almaden Boulevard
6      San Jose, California 95113
       Telephone: (408) 535-5059
7      Facsimile: (408) 535-5066
       Email: benjamin.t.kennedy@usdoj.gov
8
   Attorneys for the United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                 SAN JOSE DIVISION         ***E-FILED - 6/27/07***

13

14 UNITED STATES OF AMERICA,        )   No.   CR 07-00340 RMW
                                    )
15      Plaintiff,                  )   STIPULATION AND [~~XXXXXX~~/PROPOSED]
                                    )   ORDER EXCLUDING TIME FROM JUNE
16      v.                          )   11, 2007 TO JULY 9, 2007 FROM THE
                                    )   SPEEDY TRIAL ACT CALCULATION
17 DANIEL VICTORIA-BENTANCOURT,     )   (18 U.S.C. § 3161(h)(8)(A))
   a/k/a, DANIEL BENTANCOURT,       )
18                                  )
        Defendant.                  )
19 _____  )

20      On June 11, 2007 the parties appeared for a hearing before this Court. At that hearing,

21 defense counsel requested an exclusion of time under the Speedy Trial Act based upon defense

22 counsel's need to effectively prepare by reviewing the defendant's A file and other discovery

23 materials submitted by the government. At that time, the Court set the matter for a hearing on

24 July 9, 2007.

25      The parties stipulate that the time between June 11, 2007 and July 9, 2007 is excluded

26 under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested

27 continuance would unreasonably deny defense counsel reasonable time necessary for effective

28 preparation, taking into account the exercise of due diligence. Finally, the parties agree that the

                                        1

1  ends of justice served by granting the requested continuance outweigh the best interest of the
2  public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18
3  U.S.C. §3161(h)(8)(A).
4
5  DATED: June 12, 2007                    SCOTT N. SCHOOLS
                                            United States Attorney
6
7                                           /s/
                                            BENJAMIN T. KENNEDY
8                                           Assistant United States Attorney
9
10                                          /s/
                                            NICHOLAS HUMY
11                                          Assistant Federal Public Defender
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between June 11, 2007 and July 9, 2007 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

DATED: 6/27/07

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE