***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:  Ronald M. Whyte**              **REPORTER:  Lee-Anne Shortridge**

**DATE:  July 9, 2007**                  **TIME:  9:00 am**

**CRIMINAL NO.: CR-07-00340RMW**

**TITLE: UNITED STATES OF AMERICA    -v- DANIEL VICTORIA-BETANCOURT**
            **APPEARANCES:**                              **(P) (C)**

**PLTF:  AUSA: B. Kennedy**              **DEFT: N. Humy**
              **INTERPRETER:**                **L. Acre**

**COURT ACTION: DISPOSITION**

**Hearing Held.  The defendant openly plead guilty to Count 1 of Indictment.  No plea agreement was executed in open court.  The Court set a sentencing date of September 17, 2007 @ 9:00 am.  The defendant shall remain in custody pending sentencing.**

                    */s/ Jackie Garcia*
                       **JACKIE GARCIA**
                       **Courtroom Deputy**