**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte      **REPORTER:** Lee-Anne Shortridge

**DATE:** September 17, 2007      **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00340-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- DANIEL VICTORIA-BENTANCOURT
  **APPEARANCES:**                                                    (P) (C)

**PLTF:** AUSA: B. Kennedy      **DEFT:** N. Humy
         Interpreter:                    L. Acre

**COURT ACTION: STATUS HEARING**

**Hearing Held. The defense advised the Court that they need additional time to prepare for sentencing. The Court continued this matter to 10/1/07 @ 9:00 am.**

                              /s/ Jackie Garcia
                                 **JACKIE GARCIA**
                              **Courtroom Deputy**