BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant VICTORIA-BENTANCOURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00340 RMW |
| ) | |
| Plaintiff, ) | DEFENDANT'S SENTENCING |
| ) | MEMORANDUM |
| vs. ) | |
| ) | |
| DANIEL VICTORIA-BENTANCOURT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Daniel Victoria-Bentancourt submits this sentencing memorandum to assist the Court in fashioning an appropriate sentence in this matter.  The defense has read the Presentence Report prepared by the United States Probation Office in this matter.  The defense agrees with the guidelines calculations contained in the report, and with the resulting sentencing range.

    More importantly, the defense finds that the report properly puts before the Court the issues that should be considered pursuant to Title 18 § 3553, i.e. that Mr. Victoria-Bentancourt has only been deported once; that he grew up in extreme poverty (poverty which thwarted his attempt to improve his lot through military service); and that he has had a serious drug dependency problem, which he genuinely recognizes as a contributor to his problems, and which he seeks to address through treatment; and, finally, that this conviction and sentence follow a

SENTENCING MEMORANDUM                 1

1 previous lengthy sentence served in the CDC.

2 The defense also agrees with the sentence recommended by the United States Probation
3 Office. Independently of the recommendation, the defense would have asked for a sentence of
4 approximately 50 months. Mr. Victoria-Bentancourt would only add a request that the Court
5 recommend that he be housed where he will be able to participate in a drug treatment program,
6 including, but not limited to the intensive one year program under Title 18 U.S.C. § 3621(e), if
7 he is eligible.

9 Dated: September 28, 2007

10 Respectfully submitted,

11 BARRY J. PORTMAN
Federal Public Defender

13 /S/

14 NICHOLAS PETER HUMY
Assistant Federal Public Defender

SENTENCING MEMORANDUM                2