***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** October 1, 2007    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00340-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- DANIEL VICTORIA-BETANCOURT
**APPEARANCES:**    (P)  (C)

**PLTF:** AUSA: B. Kennedy    **DEFT:** N. Humy
**PROBATION OFFICER:** W. Iqbal    **INTERPRETER:** L. Acre

**COURT ACTION: JUDGMENT AND SENTENCING**

Hearing Held. The Court sentenced the defendant to the custody of the B.O.P. for a period of 60 months as to Count 1 of the Indictment. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. The Court did not impose a fine. See Judgment for specifics.

*/s/ Jackie Garcia*
**JACKIE GARCIA**
**Courtroom Deputy**